**Dismissed and Memorandum Opinion filed May 16, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00250-CV

---

### BETTYE GREER DANDRIDGE, Appellant

### V.

### JAMES DANDRIDGE, Appellee

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2012-33584**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed December 6, 2012. Appellant filed a timely motion for new trial on January 7, 2013. The clerk's record was due April 5, 2013, but it has not been filed. *See* Tex. R. App. P. 35.1(a). On April 9, 2013, this court notified the parties and the clerk that the record was past due. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On April 24, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Christopher, and McCally.